## Commonwealth ex rel. Blackman, Appellant, *v.* Banmiller.

Submitted November 16, 1961. Before BELL, C. J., MUSMANNO, JONES, COHEN, BOK, EAGEN and ALPERN, JJ.

*Robert Blackman,* appellant, in propria persona.

*William H. Wolf, Jr.* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION BY MR. JUSTICE MUSMANNO, January 2, 1962:

The order of the court below is affirmed on Judge SLOANE's Second Opinion—April of 1961.